No. 91–913. PATTERSON, TRUSTEE v. SHUMATE. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 90–8498. MARTIN v. BARR ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–423. HUYGE v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 91–519. DOSSETT v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 91–640. PIZZACO OF NEBRASKA, INC., DBA DOMINOS PIZZA, ET AL. v. BRADLEY ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–652. 281–300 JOINT VENTURE v. ONION ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–655. MICHIGAN v. WATKINS ET AL. Sup. Ct. Mich. Certiorari denied.

No. 91–661. CALIFORNIA SAND & GRAVEL, INC. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 91–678. GREY ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.